1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| WAYNE FLETCHER,            | ) Case No. CV 09-7298-SVW (OP) |
|----------------------------|---|
|                            | ) ORDER ADOPTING FINDINGS, |
| Petitioner,                | ) CONCLUSIONS, AND |
|                            | ) RECOMMENDATIONS OF |
| v.                         | ) UNITED STATES MAGISTRATE |
|                            | ) JUDGE |
| ANTHONY HEDGEPETH, Warden, | ) |
|                            | ) |
| Respondent.                | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and the objections filed by Petitioner, de novo. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

1   IT IS ORDERED that Judgment be entered: (1) approving and adopting this
2 Report and Recommendation; and (2) directing that Judgment be entered denying the
3 Petition and dismissing this action with prejudice.

5 DATED: September 30, 2010   _____
     HONORABLE STEPHEN V. WILSON
6    United States District Judge

9 Prepared by:

   _____
11 HONORABLE OSWALD PARADA
12 United States Magistrate Judge